**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7612**

───────────────

MICHAEL W. SLOAN,

Plaintiff - Appellant,

versus

GEORGE E. DEEDS; MR. CROWELL, Institutional
Investigator at Keen Mountain Correctional
Center; JANET SALYERS, Hearings Officer/KMCC,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-97-522-R)

───────────────

Submitted:  February 26, 1998        Decided:  March 19, 1998

───────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Michael W. Sloan, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered an order on September 22, 1997, extending the appeal period an additional thirty days; Appellant's notice of appeal was dated November 1, 1997, which is beyond the thirty-day appeal period. Appellant's failure to note a timely appeal leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED